UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-20543-KMW

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA CALBIRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    ALPHA & OMEGA CALBIRATION SERVICES LLC
        c/o LIZ Y. LAGO, its Registered Agent
        2400 W 80 STREET
        UNIT 6
        HIALEAH, FL 33016
        A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:   (305) 230-4884
        brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 12, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:24-cv-20543-KMW

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA CALBIRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    LIZ Y. LAGO
         8932 NW 160 TER
         MIAMI LAKES, FL 33018

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Brian H. Pollock, Esq.
         FairLaw Firm
         135 San Lorenzo Avenue
         Suite 770
         Coral Gables, FL 33146
         Tel:    (305) 230-4884
         brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 12, 2024

                                                              CLERK OF COURT



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts