UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA CALIBRATION
SERVICES LLC, *et al.*
_____/

## **NOTICE OF APPEARANCE BY PATRICK BROOKS LAROU, ESQ.**

Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Juan Mendez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 22nd day of February 2024.

                                                         s/ Patrick Brooks LaRou, Esq.
                                                         Patrick Brooks LaRou, Esq. (1039018)
                                                         brooks@fairlawattorney.com
                                                         FAIRLAW FIRM
                                                         135 San Lorenzo Ave, Suite 770
                                                         Coral Gables, FL 33146
                                                         Tel: (305) 928-4893
                                                         *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*