UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

     Plaintiff,

vs.

ALPHA & OMEGA CALIBRATION
SERVICES LLC, *et al.*
_____/

## **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

     The undersigned attorney, Patrick Brooks LaRou, hereby notifies the Court and all parties and counsel of record of his change of law firm, address, email, and telephone number. All pleadings, orders, notices, correspondence, and other filings related to this action should be sent to the undersigned at the following:

| | |
|---|---|
| <u>Email</u>: | brooks@fairlawattorney.com |
| <u>Law Firm</u>: | FairLaw Firm |
| <u>Address</u>: | 135 San Lorenzo Avenue, Suite 770 Coral Gables, Florida 33146 |
| <u>Telephone</u>: | (305) 928-4893 |

Respectfully submitted this 22nd day of February 2024.

s/ Patrick Brooks LaRou, Esq.
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
Tel: (305) 928-4893
*Counsel for Plaintiff*

1