UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALBIRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Juan Mendez, pursuant to the Court's Order entered on February 12, 2024 [ECF No. 4], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

*Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of Plaintiff's damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed a total of **$9,370.83** in unpaid minimum and overtime wages.

4. Plaintiff calculated the amount he estimated he is owed as follows:

| Dates Worked | Type of Wages | Rate of Pay | Hours Worked | Wages Owed |
|---|---|---|---|---|
| Feb. 13 2021 - Feb. 2, 2024 | Regular | $14.00 | 70.11 | $981.54 |
| | Overtime | $21.00 | 399.49 | $8,389.29 |
| | | | **Total:** | **$9,370.83** |

5. Plaintiff is claiming that he is owed for wages worked between February 13, 2021 and February 2, 2024.

6. Plaintiff estimates that he is owed **$981.54** in unpaid regular wages ($14.00/hour × 70.11 hours) and **$8,389.29** in unpaid overtime wages ($21.00/hour × 399.49 hours).

7. Plaintiff also seeks liquidated in an amount equal to the above unpaid wages, plus reasonable attorneys' fees and costs pursuant to the FLSA.

8. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

9. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

10. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

11. **Attorneys' Fees and Costs.** As of the filing of this document, Plaintiff has incurred the following attorneys' fees and costs:

| | | |
|---|---|---|
| Costs: | | **$ 405.00** |
| Attorneys' Fees: | | **$3,679.95** |
| Brian H. Pollock, Esq. ($500.00/hour x 3.7 hours) | $1,850.00 | |
| P. Brooks LaRou, Esq. ($325.00/hour x 4.6 hours) | $1,495.00 | |
| Steffany Sanguino ($165.00/hour x 2.03 hours) | $ 334.95 | |
| | **Grand Total:** | **$4,084.95** |

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 22nd day of February 2024.

s/ Patrick Brooks LaRou, Esq.
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*