UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALIBRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
## ON DEFENDANT, ALPHA & OMEGA CALIBRATION SERVICES, LLC

Plaintiff Juan Mendez files the Return of Service on Defendant Alpha & Omega Calibration Services, LLC (served on March 22, 2024).

Dated this 25th day of March 2024.

                                                  s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq.
                                                Fla. Bar No. 174742
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*