## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-20543-KMW

Plaintiff:
**JUAN MENDEZ**

vs.

Defendant:
**ALPHA & OMEGA CALBIRATION SERVICES LLC AND LIZ Y. LAGO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 4th day of March, 2024 at 2:01 pm to be served on **ALPHA & OMEGA CALBIRATION SERVICES LLC c/o LIZ Y. LAGO, its Registered Agent, 2400 W 80 Street, Unit 6, Hialeah, FL 33016**.

I, Joseph Onega, do hereby affirm that on the **22nd day of March, 2024** at **9:05 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to:  **Liz Lago** as **Registered Agent** for **ALPHA & OMEGA CALBIRATION SERVICES LLC** at the address of: **2400 W 80 Street, Unit 6, Hialeah, FL 33016**, and informed said person of the contents therein, in compliance with Florida statute  48.062

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 135, Hair: Blonde, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024000328

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r