UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALIBRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, LIZ LAGO**

    Plaintiff Juan Mendez files the Return of Service on Defendant Liz Lago (served on March 22, 2024).

    Dated this 25th day of March 2024.

                                                             s/Brian H. Pollock, Esq.
                                                             Brian H. Pollock, Esq.
                                                             Fla. Bar No. 174742
                                                             brian@fairlawattorney.com
                                                             FAIRLAW FIRM
                                                            135 San Lorenzo Avenue
                                                           Suite 770
                                                           Coral Gables, FL 33146
                                                           Tel:    305.230.4884
                                                           *Counsel for Plaintiff*