UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALBIRATION SERVICES LLC
and LIZ Y. LAGO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 4]**

    Plaintiff, Juan Mendez, by and through his undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order of Referral and Notice of Court Practice in FLSA Cases [ECF No. 4] by serving Defendants with a copy of the Court's Order, Plaintiff's Statement of Claim [ECF No. 7], and all documents supporting Plaintiff's claims (Mendez 000001-000081) by email to Defendants' counsel on April 15, 2024.

    Respectfully submitted this 15th day of April 2024.

                                                s/ Patrick Brooks LaRou
                                                Brian H. Pollock, Esq.
                                                Florida Bar No. 174742
                                                brian@fairlawattorney.com
                                                Patrick Brooks LaRou, Esq.
                                                Florida Bar No. 1039018
                                                brooks@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue, Suite 770
                                                Coral Gables, Florida 33146
                                                Telephone: (305) 230-4884
                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 15th day of April 2024, which will serve Ena T. Diaz, Esq., FORDHARRISON LLP, 1 Southeast 3rd Avenue, Suite 2130, Miami, Florida 33131, ediaz@fordharrison.com as *Counsel for Defendants*.

s/ Patrick Brooks LaRou  
Patrick Brooks LaRou, Esq.

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146  
TEL 305.230.4884   FAX 305.230.4844  
*www.fairlawattorney.com*