UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-20543-KMW

JUAN MENDEZ,

    Plaintiff,
v.

ALPHA & OMEGA CALIBRATION
SERVICES LLC and LIZ Y. LAGO,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, ALPHA & OMEGA CALIBRATION SERVICES LLC and LIZ Y. LAGO, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby file their Certificate of Interested Parties and Corporate Disclosure Statement. Defendants respectfully state as follows:

### Interested Parties

A.     Juan Mendez, Plaintiff
c/o Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146

B.     Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
*Counsel for Plaintiff*

C.     Patrick Brooks LaRou, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
*Counsel for Plaintiff*

  D. Alpha & Omega Calibration Services LLC
    *Defendant*
    c/o Ena T. Diaz
    FordHarrison LLP
    One S.E. 3rd Avenue, Suite 2130
    Miami, FL 33131

  E. Liz Y. Lago
    *Defendant*
    *Managing Member,* Alpha & Omega Calibration Services LLC
    c/o Ena T. Diaz
    FordHarrison LLP
    One S.E. 3rd Avenue, Suite 2130
    Miami, FL 33131

  F. Liz Marie Estevez
    *Vice President,* Alpha & Omega Calibration Services, LLC
    c/o Ena T. Diaz
    FordHarrison LLP
    One S.E. 3rd Avenue, Suite 2130
    Miami, FL 33131

  G. Ena T. Diaz
    FordHarrison LLP
    One S.E. 3rd Avenue, Suite 2130
    Miami, FL 33131
    *Counsel for Defendant*

  H. FordHarrison LLP
    One S.E. 3rd Avenue, Suite 2130
    Miami, FL 33131
    *Counsel for Defendant*

## Corporate Disclosure

Alpha & Omega Calibration Services LLC is a privately held corporation registered in Florida. No publicly held company owns ten percent (10%) or more shares of Defendant, Alpha & Omega Calibration Services LLC.

DATE: April 29th 2024

        Respectfully submitted,

**FORDHARRISON LLP**

/s/ Ena T. Diaz
Ena T. Diaz
Florida Bar No.: 0090999
ediaz@fordharrison.com
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2113
Facsimile: (305) 808-2101
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Brian H. Pollock, Esq.
Patrick Brooks LaRou, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: 305-230-4884
Facsimile: 305-230-4844
brian@fairlawattorney.com
brooks@fairlawattorney.com
Attorneys for Plaintiff

s/ Ena T. Diaz
Ena T. Diaz

3