| Payroll Period | Hours – Timecard (including paid vacation, holiday and sick time) | Wages Paid |
|---|---|---|
| 2.15.21 to 2.28.21 | 82.60 | $1090.70 |
| 3.1.21 to 3.14.21 | 81.41 | $1067.50 |
| 3.15.21 to 3.28.21 | 80.24 | $1044.68 |
| 3.29.21 to 4.11.21 | 76.60 hours worked and 4 hours paid vacation. | $1048.19 |
| 4.12.21 to 4.25.21 | 81.84 | $1075.88 |
| 4.26.21 to 5.9.21 | 80.76 | $1054.82 |
| 5.10.21 to 5.23.21 | 77.18 | $1006.27 |
| 5.24.21 to 6.6.21 | 72.39 hours worked and 8 hours paid holiday hours. | $1045.07 |
| 6.7.21 to 6.20.21 | 81.21 | $1063.60 |
| 6.21.21 to 7.4.21 | 85.99 | $1156.81 |
| 7.5.21 to 7.18.21 | 73.53 hours worked and 8 hours paid holiday hours. | $1071.85 |
| 7.19.21 to 8.1.21 | 81.85 | $1078.55 |
| 8.2.21 to 8.15.21 | 82.83 | $1095.19 |
| 8.16.21 to 8.29.21 | 79.79 hours worked; 2 hours of paid sick time. | $1155.14 |
| 8.30.21 to 9.12.21 | 66.40 hours worked and 8 hours paid holiday hours. | $1041.60 |
| 9.13.21 to 9.26.21 | 82.85 | $1179.05 |
| 9.27.21 to 10.10.21 | 85.97 | $1245.37 |
| 10.11.21 to 10.24.21 | 84.58 | $1216.18 |
| 10.25.21 to 11.7.21 | 84.56 | $1215.76 |
| 11.22.21 to 12.5.21 | 65.98;  16 hours of paid sick time. | $1159.34 |
| 12.6.21 to 12.19.21 | 79.65 | $1120.70 |
| 12.20.21 to 1.2.22 | 28.90 hours worked; 16 hours of paid holiday; 32 hours of paid vacation. | $1076.00 |
| 1.3.22 to 1.16.22 | 83.43 | $1192.03 |
| 1.17.22 to 1.30.22 | 80.02 | $1120.42 |
| 1.31.22 to 2.13.22 | 80.76 | $1146.10 |
| 2.14.22 to 2.27.22 | 81.10 | $1143.10 |
| 2.28.22 to 3.13.22 | 83.03 | $1175.44 |
| 3.14.22 to 3.27.22 | 81.49 | $1120.00 |
| 3.28.22 to 4.10.22 | 79.49 | $1120.00 |
| 4.11.22 to 4.24.22 | 81.65 | $1154.65 |
| 4.25.22 to 5.8.22 | 72.85 hours worked; 8 hours paid vacation | $1134.35 |

**EXHIBIT "A"**

| | | |
|---|---|---|
| 5.9.22 to 5.22.22 | 80.71 | $1134.91 |
| 5.23.22 to 6.5.22 | 66.44 hours worked; 8 hours of paid sick time and 8 hours of paid holiday hours. | $1154.16 |
| 6.6.22 to 6.19.22 | 82.66 | $1175.86 |
| 6.20.22 to 7.3.22 | 82.19 | $1165.99 |
| 7.4.22 to 7.17.22 | 74.5 hours worked and 8 hours paid vacation. | $1164.59 |
| 7.18.22 to 7.31.22 | 81.86 | $1159.06 |
| 8.1.22 to 8.14.22 | 82.11 | $1164.31 |
| 8.15.22 to 8.28.22 | 71.67 hours worked and 8 hours paid vacation. | $1123.71 |
| 8.29.22 to 9.11.22 | 65.02 hours worked; 8 hours paid vacation; 8 hours paid holiday hours. | $1134.28 |
| 9.12.22 to 9.25.22 | 80.87 | $1138.27 |
| 9.26.22 to 10.9.22 | 72.88 hours worked and 8 hours paid vacation. | $1137.92 |
| 10.10.22 to 10.23.22 | 81.19 | $1120.00 |
| 10.24.22 to 11.6.22 | 81.61 | $1120.00 |
| 11.7.22 to 11.20.22 | 82.32 | $1168.72 |
| 11.21.22 to 12.04.22 | 63.50 hours worked; and 16 hours of paid vacation. | $1113.00 |
| 12.05.22 to 12.18.22 | 81.38 | $1148.98 |
| 12.19.22 to 1.1.23 | 29.44 hours worked; 8 hours of paid vacation 8 and 8 hours of paid holiday hours. | $748.16 |
| 1.14.23 to 1.27.23 | 82.58 | $1174.18 |
| 1.28.23 to 2.10.23 | 82 | $1162.00 |
| 2.11.23 to 2.24.23 | 82.02 | $1162.42 |
| 2.25.23 to 3.10.23 | 82.11 | $1156.26 |
| 3.11.23 to 3.24.23 | 83.08 | $1120.00 |
| 3.25.23 to 4.7.23 | 78.55 | $1120.00 |
| 4.8.23 to 4.21.23 | 82.65 | $1120.00 |
| 4.22.23 to 5.5.23 | 79.89 | $1120.00 |
| 5.6.23 to 5.19.23 | 81.67 | $1120.00 |
| 5.20.23 to 6.2.23 | 80.27 | $1120.00 |
| 6.3.23 to 6.16.23 | 79.82 | $1120.00 |
| 6.17.23 to 6.30.23 | 82.97 | $1182.37 |
| 7.1.23 to 7.14.23 | 75.70 | $1059.80 |
| 7.15.23 to 7.28.23 | 72.81 | $1120.00 |
| 7.29.23 to 8.11.23 | 79.40 | $1120.00 |
| 8.12.23 to 8.25.23 | 79.10 | $1120.00 |

| 8.26.23 to 9.8.23 | 78.62 | $1120.00 |
| 9.9.23 to 9.22.23 | 79.90 | $1125.67 |
| 9.23.23 to 10.6.23 | 80.40 | $1128.40 |
| 10.7.23 to 10.20.23 | 82.05 | $1157.00 |
| 10.21.23 to 11.3.23 | 79.56 | $1120.00 |
| 11.4.23 to 11.17.23 | 78.31 | $1096.34 |
| 11.18.23 to 12.1.23 | 63.82 hours worked and 16 hours of paid vacation. | $1120.00 |
| 12.2.23 to 12.15.23 | 79.63 | $1120.00 |
| 12.16.23 to 12.29.23 | 39.89 hours worked; 8 hours of paid vacation. | $670.46 |
| 12.30.23 to 1.12.24 | 67.12 hours worked; 8 hours of paid vacation and 8 hours of paid sick time. | $1169.42 |
| 1.13.24 to 1.26.24 | 83.23 | $1187.83 |
| 1.27.24 to 2.9.24 | 24.82 | $347.48 |