UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-cv-20543-KMW

JUAN MENDEZ,

    Plaintiff,

v.

ALPHA & OMEGA CALIBRATION
SERVICES LLC and LIZ Y. LAGO,

    Defendants.
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

THIS MATTER is set for trial for the two-week trial period commencing **September 8, 2025**. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| **June 3, 2024** | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information.<br><br>The Parties shall file motions to amend pleadings or join Parties. |
| **July 1, 2024** | Plaintiff(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **September 27, 2024** | Defendant(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **January 31, 2025** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| **January 24, 2025** | The Parties shall complete all discovery, including expert discovery. |
| **January 24, 2025** | The Parties shall complete mediation and file a mediation report with the Court. |

| | |
|---|---|
| **April 11, 2025** | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or any another basis. |
| **July 31, 2025** | The Parties shall each file one motion in limine. All motions in limine must be filed at least six (6) weeks before Calendar Call. |
| **August 15, 2025** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials) |
| **August 29, 2025** | The Parties shall submit their deposition designations |

**By:**

| ATTORNEYS FOR PLAINTIFF: | ATTORNEY FOR DEFENDANTS: |
|---|---|
| /s/ *Patrick Brooks LaRou*<br>Brian H. Pollock, Esq.<br>Florida Bar No. 174742<br>Patrick Brooks LaRou, Esq.<br>Florida Bar No. 1039018<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146<br>Telephone: 305-230-4884<br>Facsimile:  305-230-4844<br>brian@fairlawattorney.com<br>brooks@fairlawattorney.com<br><br>Dated:  May 2, 2024 | /s/ *Ena T. Diaz*<br>Ena T. Diaz<br>FL Bar No. 0090999<br>Ford Harrison LLP<br>One S.E. Third Ave., Suite 2130<br>Miami, FL 33131<br>Telephone:  (305) 808-2113<br>Facsimile:   (305) 808-2101<br>ediaz@fordharrison.com<br><br>Dated:  May 2, 2024 |