UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543- WILLIAMS/GOODMAN

JUAN MENDEZ,

      Plaintiff,

vs.

ALPHA & OMEGA
CALIBRATION SERVICES LLC
AND LIZ Y. LAGO,

      Defendants.

_____/

## JOINT NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE

      Plaintiff, Juan Mendez, and Defendants, Alpha & Omega Calibration Services LLC and Liz Y. Lago, (collectively, the "Parties") by and through their respective undersigned counsel, hereby notify the Court of their availability to attend a Settlement Conference before Magistrate Judge Goodman pursuant to this Court's Order of Referral and Notice of Court Practice in FLSA Cases [ECF No. 4]. The Parties and their counsel are available to conduct the Settlement Conference on the following dates: May 20, 24, 30, and June 17, 2024.[1]

---

[1] The Parties have provided three dates that they are available for a settlement conference within the forty-five (45) day period from the date Defendants filed their Response to Plaintiff's Statement of Claim. The Parties acknowledge that the Court has ordered the Parties to attend a Settlement Conference by Friday, June 14, 2024. Counsel for Defendants has limited availability the first two weeks in June because she is on a two-week trial docket commencing June 3, 2024 (*Milaine Marrero v. Amazon.com Services, LLC, S.D. Fla., Case No. 23-20601* -Damian). For this reason, the Parties have provided one date in June (Friday, June 17) that is only one-business day from the Court ordered time-frame to participate in a settlement conference.

Respectfully submitted this 8th day of May 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Ena T. Diaz
Ena T. Diaz, Esq.
Florida Bar No. 0090999
ediaz@fordharrison.com
FORD HARRISON LLP
One S.E. Third Ave., Suite 2130
Miami, FL 33131
Telephone: (305) 808-2113
*Counsel for Defendants*