UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALIBRATION SERVICES LLC
and LIZ Y. LAGO,

    Defendants.
_____/

## **JOINT NOTICE OF MEDIATOR SELECTION**

    Plaintiff, Juan Mendez, and Defendants, Alpha & Omega Calibration Services LLC and Liz Y. Lago, (collectively, the "Parties") pursuant to the Court's Scheduling Order [ECF No. 22], notify the Court that they have agreed to utilize **Karen Evans-Putney, as mediator** in this case. The Parties have scheduled mediation to occur **October 23, 2024**, beginning at **10:00 a.m. via Zoom teleconference**.

    Respectfully submitted this 3rd day of June 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Ena T. Diaz |
| Brian H. Pollock, Esq. | Ena T. Diaz, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 0090999 |
| brian@fairlawattorney.com | ediaz@fordharrison.com |
| Patrick Brooks LaRou, Esq. | FORD HARRISON LLP |
| Florida Bar No. 1039018 | One S.E. Third Avenue, Suite 2130 |
| brooks@fairlawattorney.com | Miami, Florida 33131 |
| FAIRLAW FIRM | Telephone: (305) 808-2113 |
| 135 San Lorenzo Avenue, Suite 770 | *Counsel for Defendants* |
| Coral Gables, Florida 33146 | |
| Telephone: (305) 230-4884 | |
| *Counsel for Plaintiff* | |

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com