UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALIBRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF NO PENDING, REFILED,
RELATED OR SIMILAR ACTION(S)**

    Plaintiff, Juan Mendez, pursuant to Local Rule 3.8, notices the Court and all parties that Plaintiff has not re-filed this case and is not aware of any related or similar case(s) filed of record.

    Respectfully submitted this 7th day of June 2024,

                                                         <u>Brian H. Pollock, Esq.</u>
                                                         Brian H. Pollock, Esq.
                                                         Fla. Bar No. 174742
                                                         brian@fairlawattorney.com
                                                         FAIRLAW FIRM
                                                         135 San Lorenzo Avenue
                                                         Suite 770
                                                          Coral Gables, FL 33146
                                                         Tel:    305.230.4884
                                                         *Counsel for Plaintiff*