UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALIBRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Juan Mendez, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 21st day of June 2024.

                                                Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*