# FairLaw Firm

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Juan Mendez

**INVOICE**

**Open (Not Sent)**

| | |
|---|---|
| **Invoice #** | 630 |
| **Invoice Date:** | 8/2/2024 |
| **Due Date:** | 9/1/2024 |

Amount due
26,804.60

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 2/7/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Initial intake with Mr. Mendez; discuss his claim and what to expect; also, review sign-up procedure | 1.00 | 500.00 |
| 2/8/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to client regarding the privileged nature of our communications and the requirement that he preserve all evidence related to this case | 0.50 | 250.00 |
| 2/8/2024 | Steffany Sanguino | Paralegal | Draft email requesting documents from the client; I then called him to discuss the materials requested and he advised he saw the email and was collecting documents to provide us with. | 0.30 | 49.50 |
| 2/8/2024 | Steffany Sanguino | Paralegal | Receipt and conduct initial review of documents provided by client; organize same | 0.50 | 82.50 |
| 2/9/2024 | Steffany Sanguino | Paralegal | Coordinate with client regarding the documents he was trying to provide us with. | 0.20 | 33.00 |
| 2/12/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft Complaint and Summonses; also, conduct research online re: Defendants' website and addresses for inclusion in the Summons | 1.20 | 600.00 |
| 2/12/2024 | Steffany Sanguino | Paralegal | Receipt of emails from Mr. Mendez enclosing time cards dating back to 2019; review and organize them for our files and for use in the case | 1.20 | 198.00 |
| 2/12/2024 | Steffany Sanguino | Paralegal | I emailed the client to find out about whether he has more documents to provide. | 0.10 | 16.50 |
| 2/12/2024 | Steffany Sanguino | Paralegal | Draft the Civil Coversheet for filing | 0.20 | 33.00 |
| 2/12/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Williams and Magistrate Judge Goodman) | 0.20 | 100.00 |
| 2/12/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of Order of Referral and Notice of Court Practice in FLSA Case | 0.60 | 300.00 |
| 2/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Williams and Magistrate Judge Goodman) | 0.20 | 65.00 |
| 2/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Summonses issued to to Alpha & Omega and Liz Lago. | 0.20 | 65.00 |
| 2/13/2024 | Steffany Sanguino | Paralegal | I called the client to f.u with more documents. The client informed me that he had a few more text messages. I also requested he provide us with his estimate or the hours he's owed. | 0.20 | 33.00 |
| 2/13/2024 | Steffany Sanguino | Paralegal | Review file and prepare first draft of the Statement of Claim. | 0.40 | 66.00 |
| 2/13/2024 | Brooks LaRou Esq. | Draft/revise | Draft Notice of Appearance for this case | 0.20 | 65.00 |
| 2/13/2024 | Brooks LaRou Esq. | Draft/revise | Drafted letter Mr. Mendez introducing myself as the attorney who will be handling the day-to-day events on his case and to reach out to me if he has any questions or concerns | 0.30 | 97.50 |
| 2/15/2024 | Steffany Sanguino | Paralegal | Receipt of multiple pictures from Mr. Mendez; review and organize same for use in the case | 0.30 | 49.50 |
| 2/16/2024 | Brooks LaRou Esq. | Draft/revise | Draft letter to client re: case filed, what to expect, and when we should receive a response to the lawsuit | 0.30 | 97.50 |
| | Steffany | | I called the client and discussed his estimated calculations of the | | |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/16/2024 | Steffany Sanguino | Paralegal | hours he's owed. The client said he would look into it this weekend and provide it to us. | 0.20 | 33.00 |
| 2/16/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Review of time and pay records, and additional supporting documents provided by client. | 0.50 | 162.50 |
| 2/19/2024 | Steffany Sanguino | Paralegal | I called the client to f.u with his calculations of owed hours. no.a.I left a detailed v.m, and sent a text. | 0.15 | 24.75 |
| 2/19/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Compiled data from client's timesheets (2/13/21-2/2/24) into excel spreadsheet to calculate initial estimate of unpaid overtime wages. | 1.00 | 325.00 |
| 2/21/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding calculation of unpaid wages. | 0.30 | 97.50 |
| 2/22/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Revisions to estimate of unpaid wages based on additional information provided by client regarding deduction of lunch hours. | 0.70 | 227.50 |
| 2/22/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Revisions to Statement of Claim. | 0.50 | 162.50 |
| 2/22/2024 | Brooks LaRou Esq. | Email with Client | Email to client regarding draft statement of claim and estimation of damages. | 0.10 | 32.50 |
| 2/22/2024 | Steffany Sanguino | Paralegal | I called the client to f.u with his approval of the statement of claim.No.a; I couldn't leave a v.m, so I texted the client. | 0.14 | 23.10 |
| 2/22/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of client's estimation of damages. | 0.30 | 97.50 |
| 2/22/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding client's estimation of damages and revisions to Statement of Claim. | 0.20 | 65.00 |
| 2/22/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Final revisions to Statement of Claim. | 0.10 | 32.50 |
| 2/22/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Change of Address and Contact Information. | 0.20 | 65.00 |
| 2/23/2024 | Steffany Sanguino | Paralegal | OT calculations have been drafted. | 5.46 | 900.90 |
| 2/26/2024 | Steffany Sanguino | Paralegal | I emailed the client to confirm if he has more documents to provide us with. | 0.10 | 16.50 |
| 2/27/2024 | Steffany Sanguino | Paralegal | We have been informed by the process server that they could not serve the defendants. I did an online search on the property and Sunbiz, and it appears we have the correct address | 0.15 | 24.75 |
| 2/27/2024 | Steffany Sanguino | Paralegal | Documents from the client have been received, reviewed, and downloaded. | 0.10 | 16.50 |
| 2/28/2024 | Steffany Sanguino | Paralegal | I called the client to request where the office location was, as we could not serve the defendants with the address from Sunbiz and the public property records. The client didn't answer, so I sent an email. | 0.20 | 33.00 |
| 2/29/2024 | Steffany Sanguino | Paralegal | I emailed the client about the address to serve the defendant's | 0.10 | 16.50 |
| 3/1/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with an address to serve the defendants | 0.10 | 16.50 |
| 3/4/2024 | Steffany Sanguino | Paralegal | I emailed the client to confirm if he has more documents to provide us with | 0.10 | 16.50 |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/5/2024 | Steffany Sanguino | Paralegal | Email exchange with the client, he still needs to provide us with more documents to provide us with. | 0.10 | 16.50 |
| 3/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Magistrate Judge Goodman's Order on Discovery Procedures. | 0.30 | 97.50 |
| 3/12/2024 | Steffany Sanguino | Paralegal | Provided the client with an update on the status of the case, including what to expect | 0.80 | 132.00 |
| 3/13/2024 | Steffany Sanguino | Paralegal | I provided the client with an update about the service. | 0.10 | 16.50 |
| 3/13/2024 | Steffany Sanguino | Paralegal | I spoke with the client; he explained to me which door the process server needs to use when he goes to the location. The client is going to take a picture and send it to us. | 0.10 | 16.50 |
| 3/14/2024 | Steffany Sanguino | Paralegal | The process server has not been able to serve the defendants, so he asked for us to provide a picture of Liz. I called the client and requested a photo. The client said he would email me a photo of Liz, the newly hired, and her sister-in-law. | 0.10 | 16.50 |
| 3/25/2024 | Steffany Sanguino | Paralegal | Service for Liz Lago | 0.28 | 46.20 |
| 3/25/2024 | Steffany Sanguino | Paralegal | Service for Alpha and Omega | 0.28 | 46.20 |
| 3/25/2024 | Steffany Sanguino | Paralegal | Draft NOF for the Affidavit of Service on Defendant Lugo | 0.20 | 33.00 |
| 3/25/2024 | Steffany Sanguino | Paralegal | Draft NOF for the Affidavit of Service on Alpha and Omega | 0.20 | 33.00 |
| 3/25/2024 | Steffany Sanguino | Paralegal | I provided an update to the client. I informed him the defendants were served. | 0.10 | 16.50 |
| 3/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Returns of Service for Defendants Alpha & Omega and Liz Lago. | 0.20 | 65.00 |
| 3/26/2024 | Steffany Sanguino | Paralegal | The first draft of Rule 26 has been drafted. | 0.60 | 99.00 |
| 3/27/2024 | Steffany Sanguino | Paralegal | I emailed the client to request what information his witness had. | 0.10 | 16.50 |
| 3/27/2024 | Brooks LaRou Esq. | Email Communication | Receipt and review of email from client regarding case status. | 0.20 | 65.00 |
| 4/4/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with the information his witnesses have. | 0.12 | 19.80 |
| 4/4/2024 | Steffany Sanguino | Paralegal | Email exchange with the client regarding his witnesses. | 0.13 | 21.45 |
| 4/9/2024 | Steffany Sanguino | Paralegal | Email exchange with the client about his witness. | 0.10 | 16.50 |
| 4/9/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Calculated and calendared date for Defendants' responses to Complaint. | 0.10 | 32.50 |
| 4/10/2024 | Steffany Sanguino | Paralegal | I emailed the clients witness to obtain information about the client's case and the company. | 0.10 | 16.50 |
| 4/11/2024 | Brooks LaRou Esq. | Email Communication | Receipt and review of email from Plaintiff's witness (Amelia Mondejar) regarding her knowledge of Plaintiff's claims. | 0.20 | 65.00 |
| 4/12/2024 | Steffany Sanguino | Paralegal | I received detailed information from the witness. | 0.20 | 33.00 |

| Date | Timekeeper | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/12/2024 | Steffany Sanguino | Draft | | | 41.25 |
| 4/12/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Motion for Clerk's Entry of Default against Alpha & Omega and Liz Lago. | 0.40 | 130.00 |
| 4/12/2024 | Brooks LaRou Esq. | Draft/revise | Drafted proposed Clerk's Default against Alpha & Omega and Liz Lago. | 0.20 | 65.00 |
| 4/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Answer and Affirmative Defenses. | 0.50 | 162.50 |
| 4/15/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Juan Aragon regarding scheduling Settlement Conference. | 0.10 | 32.50 |
| 4/15/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Compiled documents for production with service of Plaintiff's Statement of Claim. | 0.50 | 162.50 |
| 4/15/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Steffany Sanguino regarding service of Statement of Claim, Notice of Court Practice [ECF 4], and Plaintiff's supporting documents. | 0.10 | 32.50 |
| 4/15/2024 | Steffany Sanguino | Paralegal | The SOC has been emailed to OC with documents. The documents were combined and bate stamped, and an expiration and password were created. | 0.60 | 99.00 |
| 4/15/2024 | Steffany Sanguino | Paralegal | P's Certificate of Interest Parties has been drafted | 0.27 | 44.55 |
| 4/15/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Compliance with Court's Order of Referral and Notice of Court Practice in FLSA Cases. | 0.20 | 65.00 |
| 4/15/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Certificate of Interested Parties. | 0.30 | 97.50 |
| 4/15/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Steffany Sanguino regarding filing Plaintiff's Certificate of Interested Parties. | 0.10 | 32.50 |
| 4/18/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Conduct legal research and then draft conferral email to Ms. Diaz regarding Defendants' Answer and Affirmative Defenses and cite caselaw in same | 1.30 | 650.00 |
| 4/18/2024 | Brian H. Pollock Esq. | Email Communication | Review file and then draft email to Ms. Diaz enclosing additional time records and request that her clients provide unaltered time records and explain their impact on settlement negotiations and enclose examples of time before her clients altered it | 0.50 | 250.00 |
| 4/19/2024 | Steffany Sanguino | Paralegal | Additional documents supporting the SOC have been bate-stamped and issued to OC. | 0.19 | 31.35 |
| 4/22/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants responding to Plaintiff's conferral regarding Defendants' affirmative defenses. | 0.20 | 65.00 |
| 4/24/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Conduct legal research and then draft our M/Strike Affirmative Defenses | 3.20 | 1,600.00 |
| 4/24/2024 | Steffany Sanguino | Paralegal | I provided the client with an update. | 0.10 | 16.50 |
| 4/24/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Plaintiff's Motion to Strike. | 0.20 | 65.00 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Notice of Taking Deposition 5/31/24. | 0.10 | 32.50 |
| 4/29/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Juan Mendez regarding preparing initial drafts of Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 4/29/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Certificate of Interested Parties and Corporate Disclosure Statement. | 0.10 | 32.50 |
| 4/29/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice to Filer re: Defendants' Certificate of Interested Parties/Corporate Disclosure Statement. | 0.10 | 32.50 |
| 4/29/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Renewed Certificate of Interested Parties and Corporate Disclosure Statement. | 0.10 | 32.50 |
| 4/29/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Joint Scheduling Report and Proposed Scheduling Order. | 0.80 | 260.00 |
| 4/30/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice to Filer re: ECF 17. | 0.10 | 32.50 |
| 4/30/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Third Certificate of Interested Parties and Corporate Disclosure Statement. | 0.10 | 32.50 |
| 4/30/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Analyze the documents produced by Defs with the Statement of Claim against the documents in our file; then, draft email to defense counsel re: missing documents | 0.90 | 450.00 |
| 5/1/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review and revisions to drafts of Joint Scheduling Report and Proposed Scheduling Order sent by counsel for Defendants (Ena Diaz). | 0.30 | 97.50 |
| 5/1/2024 | Brooks LaRou Esq. | Email Communication | Emails with counsel for Defendants (Ena Diaz) regarding revisions to her drafts of the parties' Joint Scheduling Report and Proposed Scheduling Order. | 0.20 | 65.00 |
| 5/1/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant Cataldo's Notice of Filing document in support of her Motion for Order establishing witness/exhibit list deadlines for Injunction Hearing. | 0.10 | 32.50 |
| 5/1/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) regarding documents produced by Defendants in connection with their Response to Plaintiff's Statement of Claim. | 0.10 | 32.50 |
| 5/1/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Response to Plaintiff's Statement of Claim. | 0.20 | 65.00 |
| 5/1/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Juan Aragon regarding scheduling date for Settlement Conference. | 0.10 | 32.50 |
| 5/1/2024 | Brooks LaRou Esq. | Email Communication | Email with counsel for Defendants (Ena Diaz) regarding selection of trial dates. | 0.10 | 32.50 |
| 5/1/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) regarding scheduling date for Settlement Conference. | 0.10 | 32.50 |
| 5/2/2024 | Steffany Sanguino | Paralegal | I called the client to confirm his availability. | 0.10 | 16.50 |
| 5/2/2024 | Brooks LaRou | Receipt, Review, | Receipt and review of Joint Scheduling Report and Proposed | | |

| Date | Person | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/3/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Scheduling Order filed by counsel for Defendants (Ena Diaz). | 0.10 | 32.50 |
| 5/3/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Scheduling Order. | 0.20 | 65.00 |
| 5/4/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order [ECF No. 23] requiring parties to jointly file Notice of Availability for Settlement Conference. | 0.10 | 32.50 |
| 5/6/2024 | Steffany Sanguino | Paralegal | I called the chambers to confirm if May 30th works for the Mag Judge and I was advised they're going to call us back. | 0.20 | 33.00 |
| 5/6/2024 | Steffany Sanguino | Paralegal | We received the Scheduling Order signed by the Judge. Deadlines were added to the file. | 0.10 | 16.50 |
| 5/6/2024 | Steffany Sanguino | Paralegal | Email exchange with Oc regarding the Settlement Conference. | 0.20 | 33.00 |
| 5/6/2024 | Brooks LaRou Esq. | Draft/revise | drafted Notice of Availability for Settlement Conference | 0.30 | 97.50 |
| 5/6/2024 | Brooks LaRou Esq. | Draft/revise | Draft Letter to Client About Trial Setting | 0.30 | 97.50 |
| 5/7/2024 | Brooks LaRou Esq. | Email Communication | Receipt of emails from counsel for Defendants (Ena Diaz) regarding selection of dates for settlement conference. | 0.10 | 32.50 |
| 5/7/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Joint Notice of Availability for Settlement Conference. | 0.20 | 65.00 |
| 5/7/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) regarding draft Joint Notice of Availability for Settlement Conference for approval. | 0.10 | 32.50 |
| 5/8/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel from Defendants (Ena Diaz) regarding her revisions to draft of Joint Notice of Availability for Settlement Conference. | 0.10 | 32.50 |
| 5/8/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) approving her revisions to draft of Joint Notice of Availability for Settlement Conference. | 0.10 | 32.50 |
| 5/8/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order Scheduling Settlement Conference for 6/17/24. | 0.20 | 65.00 |
| 5/8/2024 | Brooks LaRou Esq. | Draft/revise | Draft ltr to client re the upcoming in person settlement conference, what to expect, parking, the need to attend, and enclosing an article discussing settlements vs. trials | 0.50 | 162.50 |
| 5/8/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Response to Plaintiff's Motion to Strike. | 0.20 | 65.00 |
| 5/9/2024 | Steffany Sanguino | Paralegal | File review, reminder to Brooks regarding the revision of the Rule 26. | 0.10 | 16.50 |
| 5/9/2024 | Steffany Sanguino | Paralegal | We received the Defendant's Response in Opposition to Plaintiff's Motion to Strike Affirmative Defenses. | 0.10 | 16.50 |
| 5/14/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Conduct legal research and then draft Reply for our MTS directed to the Affirmative Defenses | 1.10 | 550.00 |
| 5/24/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding mediators to be proposed to counsel for Defendants. | 0.10 | 32.50 |

| Date | Person | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/24/2024 | Steffany Sanguino | Paralegal | We emailed OC suggesting mediators, and we have agreed to Karen Evans. | 0.10 | 16.50 |
| 5/24/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding preferred dates for mediation. | 0.10 | 32.50 |
| 5/24/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding preparation and filing of Joint Notice of Mediator Selection. | 0.10 | 32.50 |
| 5/24/2024 | Steffany Sanguino | Paralegal | Notice of selection of mediator has been drafted and filed. | 0.20 | 33.00 |
| 5/24/2024 | Steffany Sanguino | Paralegal | I reached out to mediator Evans to request dates of availability. Emailed the dates to OC. | 0.20 | 33.00 |
| 5/24/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) regarding mediator selection. | 0.10 | 32.50 |
| 5/28/2024 | Steffany Sanguino | Paralegal | I called the client to confirm his availability for mediation. | 0.20 | 33.00 |
| 5/29/2024 | Steffany Sanguino | Paralegal | Reached out to the mediator to request their availability. | 0.10 | 16.50 |
| 5/30/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Rule 26 Initial Disclosures. | 0.40 | 130.00 |
| 5/31/2024 | Brooks LaRou Esq. | Email Communication | Receipt of emails from counsel for Defendants (Ena Diaz) regarding availability and forum for mediation. | 0.10 | 32.50 |
| 6/2/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to Joint Notice of Mediator Selection. | 0.20 | 65.00 |
| 6/2/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) regarding draft of Joint Notice of Mediator Selection. | 0.10 | 32.50 |
| 6/3/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) regarding agreement to date, time, and forum for mediation. | 0.10 | 32.50 |
| 6/3/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft Joint Notice of Mediator Selection. | 0.10 | 32.50 |
| 6/3/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding confirming mediation date/time with mediator, and filing Joint Notice of Mediator Selection. | 0.10 | 32.50 |
| 6/3/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review file and then revise the Rule 26 Disclosures by Plaintiff | 0.60 | 300.00 |
| 6/3/2024 | Brian H. Pollock Esq. | Draft/revise | Draft RFPs to Defendants | 0.80 | 400.00 |
| 6/3/2024 | Brian H. Pollock Esq. | Draft/revise | Draft INTs to Defendant, Liz Lago | 0.60 | 300.00 |
| 6/3/2024 | Brian H. Pollock Esq. | Draft/revise | Draft INTs to Defendant, Alpha & Omega | 0.80 | 400.00 |
| 6/3/2024 | Brooks LaRou | Unassigned | Conferral with Steffany Sanguino regarding service of Plaintiff's Rule 26 Initial Disclosures, First Interrogatories, and First Requests for | 0.10 | 32.50 |

| Date | Timekeeper | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Esq. | | Production. | | |
| 6/3/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) regarding 10/23/24 mediation date and approval of Joint Notice of Mediator Selection. | 0.10 | 32.50 |
| 6/3/2024 | Steffany Sanguino | Paralegal | Receipt of the Defendants' Rule 26 Disclosures | 0.20 | 33.00 |
| 6/3/2024 | Steffany Sanguino | Paralegal | I served OC with our discovery request. | 0.30 | 49.50 |
| 6/3/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review time cards produced by Defendants again and then conduct online research re: OnTheClock program to then draft Second RFPs to Defendant to request the audit and activity logs for the time records produced to show the changes she made to his time records | 0.60 | 300.00 |
| 6/3/2024 | Brian H. Pollock Esq. | Email with Client | Draft email to Mr. Mendez explaining our strategy for obtaining the audit and activity logs and providing him with the time and pay records produced and asking him to send us any other docs he has to show that she altered time records | 0.20 | 100.00 |
| 6/3/2024 | Steffany Sanguino | Paralegal | Draft email serving the Second Request for Production on Defendants | 0.20 | 33.00 |
| 6/3/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Rule 26 Initial Disclosures. | 0.30 | 97.50 |
| 6/4/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of documents produced in connection with Defendants' Rule 26 initial disclosures. | 0.10 | 32.50 |
| 6/4/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Comparison of time records provided by client with records provided by Defendants in preparation for 6/4/24 phone call with client. | 0.40 | 130.00 |
| 6/4/2024 | Steffany Sanguino | Paralegal | File review: I looked for the "Bank statements." The client says he previously sent them but found nothing. | 0.10 | 16.50 |
| 6/4/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding time and pay records, status of case, and next steps. | 0.20 | 65.00 |
| 6/4/2024 | Brian H. Pollock Esq. | Draft/revise | Drafted ltr to client re mediation via zoom | 0.30 | 150.00 |
| 6/4/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of email from Mrs. Evans-Putney, along with the enclosed letter and confidentiality agreement | 0.50 | 250.00 |
| 6/7/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft Notice of No Related Action | 0.20 | 100.00 |
| 6/7/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft Certificate of Interested Parties | 0.30 | 150.00 |
| 6/7/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft letter to Mr. Mendez enclosing our Rule 26 disclosures to be sent by email | 0.30 | 150.00 |
| 6/7/2024 | Steffany Sanguino | Paralegal | The client emailed us confirming he has more documents to provide us with, but it's unable to send them, so he will have to drop them off. I provided the client with our hours and address. | 0.10 | 16.50 |
| 6/10/2024 | Brian H. Pollock Esq. | Email Communication | Draft email to Ms. Diaz following up on my April 18 request for the records identifying alterations to Mr. Mendez's time records and explaining that without those records, he is not likely to be motivated to negotiate much off his demand; also, review file for same | 0.30 | 150.00 |

| Date | Timekeeper | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/10/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) coordinating pre-settlement conference call. | 0.10 | 32.50 |
| 6/10/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of snippy email from Ms. Diaz, as per usual, re: her client's lack of an availbale audit trail and remarks re: Mr. Mendez's claimed dispute as to the accurace of the time records | 0.20 | 100.00 |
| 6/10/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt of lengthy email from Ms. Diaz in response to mine re: the issue of altered time records, the lack of an "audit trail", and raising the issue that Mr. Mendez was clocking in before he arrived at work (foreshadowing he was stealing time), along with raising other issues | 0.30 | 150.00 |
| 6/11/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Conduct legal research re: sufficiency of evidence necessary to dispute accurace of time records and then provide same to Mr. LaRou for use in connection with the upcoming settlement conference and letter to Magistrate Judge Goodman re: same | 0.60 | 300.00 |
| 6/11/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Ena Diaz) setting pre-settlement conference call for 6/14/24. | 0.10 | 32.50 |
| 6/11/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding documents in his possession rebutting accuracy of Defendant's time records. | 0.40 | 130.00 |
| 6/11/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Confidential Pre-Settlement Conference Statement to Magistrate Judge Goodman. | 1.00 | 325.00 |
| 6/12/2024 | Steffany Sanguino | Paralegal | Receive multiple electronic materials from Mr. Mendez; review and then organize them for use in the case. Then, advise Mr. LaRou of the significance of same based on my initial review | 0.90 | 148.50 |
| 6/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of documents produced by client 6/12/24; comparison of documents from client with documents produced by Defendant; created Excel spreadsheet reflecting the same. | 2.50 | 812.50 |
| 6/12/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Pre-Settlement Conference Statement to Judge Goodman. | 0.60 | 195.00 |
| 6/12/2024 | Steffany Sanguino | Paralegal | Additional documents to the statement of claim have been combined and bate-stamped, and a Dropbox link was created and emailed to OC. | 0.50 | 82.50 |
| 6/12/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding sending additional documents to Defendants' counsel. | 0.10 | 32.50 |
| 6/12/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding sending Confidential Pre-Settlement Conference Statement to Judge Goodman. | 0.10 | 32.50 |
| 6/13/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) confirming telephone conference for 6/14/24. | 0.10 | 32.50 |
| 6/13/2024 | Steffany Sanguino | Paralegal | I called client to remind about / confirm upcoming settlement conference and I emailed him the ltr re settlement conf in person | 0.20 | 33.00 |
| 6/13/2024 | Steffany Sanguino | Paralegal | File review, I issued a reminder that we must submit an itemized computation of the alleged damages to the defendants. | 0.10 | 16.50 |
| 6/13/2024 | Brooks LaRou Esq. | Unassigned | Revisions to unpaid wage spreadsheet; re-calculation of damages in preparation for Settlement Conference 6/17/23. | 1.00 | 325.00 |
| 6/13/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client in preparation for Settlement Conference 6/17/24. | 0.50 | 162.50 |
| 6/13/2024 | Brooks | Email | Email to counsel for Defendants (Ena Diaz) attaching spreadsheet of | | |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/13/2024 | Brooks LaRou Esq. | Email Communication | revised calculation of damages in preparation for settlement conference 6/17/24 | 0.10 | 32.50 |
| 6/14/2024 | Brooks LaRou Esq. | Unassigned | Preparation for pre-settlement conference phone call with counsel for Defendants (Ena Diaz). | 0.20 | 65.00 |
| 6/14/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (Ena Diaz) regarding opening settlement demand and calculation of damages. | 0.10 | 32.50 |
| 6/14/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) conveying Plaintiff's opening settlement offer. | 0.20 | 65.00 |
| 6/14/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and initial review of OnTheClock spreadsheet sent by Defendants 6/14/24. | 0.50 | 162.50 |
| 6/14/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding OnTheClock spreadsheet sent by Defendants, allegations of clocking in/out while not on the job, and defenses to the same. | 0.30 | 97.50 |
| 6/16/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Review file in preparation for the upcoming settlement conference | 1.00 | 325.00 |
| 6/17/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Continued review of OnTheClock GPS records produced by Defendants 6/14/24 in preparation for Settlement Conference. | 0.50 | 162.50 |
| 6/17/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Continued preparation for and then attend Settlement Conference before Magistrate Judge Goodman. | 4.50 | 1,462.50 |
| 6/17/2024 | Brooks LaRou Esq. | Unassigned | Conferred with client regarding next steps of case. | 0.10 | 32.50 |
| 6/18/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Ena Diaz) regarding whether she opposes our Motion to Amend Complaint. | 0.10 | 32.50 |
| 6/19/2024 | Brooks LaRou Esq. | Email Communication | Phone call and follow-up email to counsel for Defendants (Ena Diaz) regarding Plaintiff's Motion to Amend Complaint. | 0.10 | 32.50 |
| 6/19/2024 | Brooks LaRou Esq. | Draft/revise | Phone call with counsel for Defendants (Ena Diaz) regarding settlement discussions and amending complaint. | 0.10 | 32.50 |
| 6/19/2024 | Brooks LaRou Esq. | Email Communication | Draft email to counsel for Defendants (Ena Diaz) conveying our settlement offer, to include the monetary component and the non-monetary terms for her clients' consideration after conferral with Mr. Pollock re: same | 0.30 | 97.50 |
| 6/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order granting in part Plaintiff's Motion to Strike Affirmative Defenses. | 0.20 | 65.00 |
| 6/20/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) conveying settlement counteroffer. | 0.10 | 32.50 |
| 6/20/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) conveying settlement counteroffer. | 0.10 | 32.50 |
| 6/21/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) accepting Plaintiff's settlement offer. | 0.10 | 32.50 |
| | Brian H. | | Draft the proposed Motion to Approve, Notice of Settlement, and | | |

| Date | Name | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/21/2024 | Pollock | Draft/revise | proposed Settlement Agreement; then, draft email to defense counsel | 1.50 | 750.00 |
| 6/24/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client to congratulate him on the settlement of his case and advising that he will be receiving more than he authorized us to accept | 0.20 | 65.00 |
| 7/1/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) requesting her revised draft of Settlement Agreement and Motion for Settlement Approval. | 0.10 | 32.50 |
| 7/3/2024 | Brooks LaRou Esq. | Draft/revise | Review and revisions to revised draft of settlement agreement sent by counsel for Defendants 7/2/24. | 0.30 | 97.50 |
| 7/3/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants attaching draft settlement agreement with further revisions. | 0.10 | 32.50 |
| 7/3/2024 | Brooks LaRou Esq. | Email with Client | Received and responded to email from client regarding status of draft settlement agreement. | 0.20 | 65.00 |
| 7/8/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt of letter by email from Ms. Evans-Putney confirming that mediation has been canceled | 0.20 | 100.00 |
| 7/9/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) following up on her revisions to draft of Settlement Agreement and Motion for Approval. | 0.10 | 32.50 |
| 7/16/2024 | Steffany Sanguino | Paralegal | I emailed the client the W9 and texted him to inform. | 0.10 | 16.50 |
| 7/16/2024 | Steffany Sanguino | Paralegal | Receipt of W-9 signed by Mr. Mendez | 0.10 | 16.50 |
| 7/17/2024 | Steffany Sanguino | Paralegal | Review the materials in the file; further organize documents provided by client and the documents exchanged in discovery; also, review deadlines | 0.30 | 49.50 |
| 7/18/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) regarding her acceptance of revisions to settlement agreement; review the settlement agreement | 0.20 | 65.00 |
| 7/18/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of final draft of settlement agreement sent to Defendants for execution. | 0.10 | 32.50 |
| 7/18/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Ena Diaz) regarding sending Settlement Agreement to client for signature. | 0.10 | 32.50 |
| 7/18/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino, paralegal, regarding having the client execute the Settlement Agreement | 0.10 | 32.50 |
| 7/18/2024 | Steffany Sanguino | Paralegal | Coordinate with client to execute settlement agreement and then draft email to him requesting his electronic signature. | 0.40 | 66.00 |
| 7/18/2024 | Steffany Sanguino | Paralegal | Draft email to defense counsel enclosing the release executed by Mr. Mendez | 0.20 | 33.00 |
| 7/18/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding sending Settlement Agreement signed by Plaintiff to counsel for Defendant (Ena Diaz). | 0.10 | 32.50 |
| 7/18/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' revisions to draft of Joint Motion for Settlement Approval. | 0.30 | 97.50 |
| 7/18/2024 | Brooks LaRou | Email Communication | Receipt of email from counsel for Defendants (Ena Diaz) regarding revisions to draft of Joint Motion for Settlement Approval, and preparing | 0.10 | 32.50 |

| Date | Attorney | Category | Description | Hours | Total |
|---|---|---|---|---|---|
| 7/18/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Order approving Joint Motion for Settlement Approval/Dismissal. | 0.30 | 97.50 |
| 7/18/2024 | Brian H. Pollock Esq. | Draft/revise | Further revise the proposed Joint Motion to Approve to include a reference to Magistrate Judge Goodman's recent order of approval in another case and to include the request for dismissal conditioned upon a retention of jurisdiction and then enclose same in an email to Ms. Diaz explaining the revisions and reason why we need to include a request for approval; attach clean and redlined versions | 0.60 | 300.00 |
| 7/18/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt of email from Ms. Diaz enclosing her proposed revisions to the Joint Motion to Approve; review same | 0.30 | 150.00 |
| 7/19/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Ena Diaz) requesting her approval to file Joint Motion to Approve Settlement. | 0.10 | 32.50 |
| 7/19/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt of email from Ms. Diaz approving the revisions to the Joint MTD for filing | 0.10 | 50.00 |
| 7/22/2024 | Steffany Sanguino | Paralegal | I emailed the W4 to the client and texted him to inform him. | 0.10 | 16.50 |
| 7/22/2024 | Steffany Sanguino | Paralegal | I emailed the W9 and W4 to OC. Along with our W9. | 0.10 | 16.50 |
| 7/31/2024 | Brooks LaRou Esq. | Email with Client | Receipt of email from client regarding status of settlement; respond regarding status of pending motion, what to expect, and approval and timeline for receiving settlement funds after approval | 0.30 | 97.50 |
| 8/1/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order denying settlement approval | 0.20 | 100.00 |
| 8/1/2024 | Brian H. Pollock Esq. | Draft/revise | Begin to revise motion for approval to include factual and procedural history as well as law re: no consideration of proportionality between wages and fees and to address justification for fees sought | 3.10 | 1,550.00 |

**Services Subtotal: 26,213.80**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 2/12/2024 | FairLaw Firm | Filing Fee - Federal Court | | 405.00 |
| 3/1/2024 | FairLaw Firm | Service of Process | Invoice for Non-service for Alpha & Omega | 46.40 |
| 3/1/2024 | FairLaw Firm | Service of Process | Invoice for Non-service for Liz Lago | 46.40 |
| 3/22/2024 | FairLaw Firm | Service of Process | Invoice for Service on Alpha and Omega | 46.60 |
| 3/22/2024 | FairLaw Firm | Affidavit of Service | Invoice for Service on Liz Lago | 46.40 |

**Expenses Subtotal: 590.80**

**Notes:**

**Total: 26,804.60**

Please make all amounts payable to FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

Although you can pay by credit card or e-check, payment by credit