UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20543-WILLIAMS/GOODMAN

JUAN MENDEZ,

    Plaintiff,

vs.

ALPHA & OMEGA
CALIBRATION SERVICES LLC
AND LIZ Y. LAGO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY FOR
AMENDED MOTION TO APPROVE SETTLEMENT
AND FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Juan Mendez, hereby supplements his Amended Motion to Approve Settlement and Dismissal with Prejudice [ECF No. 37] with the filing of the following in support of the taxable costs to be approved by the Court:

1. Plaintiff's counsel incurred for Plaintiff $497.80 in taxable costs:

    a. $40**5**.00 - Payment Confirmation for filing fee.

    b. $46.40 − Invoice #NAY-2024000327 for service of process on Liz Y. Lago for $46.40; and

    c. $46.40 − Invoice #NAY-2024000328 for service of process on Alpha & Omega Calibration Services LLC for $46.40.

2. Plaintiff also incurred $98.80 in non-taxable costs, which, based on his contract with undersigned counsel [ECF No. 37-1 at 2], are owed from the non-FLSA portion of her settlement

1

with Defendants to her counsel as costs incurred in this case and which do not require the Courts' approval:

    a. $46.40 – Invoice #NAY-2024000214 for service of process on Liz Y. Lago for $46.40; and

    b. $46.40 – Invoice #NAY-2024000217 for service of process on Alpha & Omega Calibration Services LLC for $46.40

Dated this 9th day of August 2024.

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

2