**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT
**Date:** February 12, 2024 at 1:00 PM
**To:** brian@fairlawattorney.com



Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 3495182
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: AFLSDC-17285712
Approval Code: 143708
Card Number: ************3006
Date/Time: 02/12/2024 01:00:47 ET

NOTE: This is an automated message. Please do not reply