

**INVOICE**

Invoice #NAY-2024000327
3/22/2024

**Send Payments To:
Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
Phone: (305) 285-4321
Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:24-CV-20543-KMW**

Plaintiff:
**JUAN MENDEZ**

Defendant:
**ALPHA & OMEGA CALBIRATION SERVICES LLC AND LIZ Y. LAGO**

Received: 3/4/2024   Served: 3/22/2024 9:05 am  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: Liz Y. Lago

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 7.00 | 0.20 | 1.40 |
| TOTAL CHARGED: | | | $46.40 |

**BALANCE DUE:**                                                                                                 **$46.40**

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295