

# INVOICE

Invoice #NAY-2024000214
3/1/2024

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:24-CV-20543-KMW**

Plaintiff:
**JUAN MENDEZ**

Defendant:
**ALPHA & OMEGA CALBIRATION SERVICES LLC AND LIZ Y. LAGO**

Received: 2/13/2024   Non-Served: 3/1/2024   NON-SERVE - NO RESPONSE
To be served on: Liz Y. Lago

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 7.00 | 0.20 | 1.40 |
| TOTAL CHARGED: | | | $46.40 |
| **BALANCE DUE:** | | | **$46.40** |

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1